### The People *ex rel.* Haywood, *against* The Judges of Columbia.

On returning the mandamus granted in *ex parte Haywood*, (ante 19,) the facts were the same in substance as in that case; and the court ordered a peremptory mandamus.

*D. B. Tallmadge*, for the plaintiffs.

*C. Bushnell*, for the defendants.

*Margin note: The People v. Judges of Columbia. Albany, Feb. 1826.*

*Margin note: Under the act, (sess. 47, ch. 238, s. 36, 38,) an appeal lies in all cases, whether the judgment of the justice be upon an issue of law or fact.*